O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN AVRAHAM,<br><br>           Plaintiff,<br><br>  vs.<br><br>JUDGE PRO TEM DAVID J. COWAN,<br><br>           Defendant. | CASE NO. CV 14-04983 DDP (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: October 10, 2014

 

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE