O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN AVRAHAM, | ) | CASE NO. CV 14-04983 DDP (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| JUDGE PRO TEM DAVID J. COWAN, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice pursuant to the *Rooker/Feldman* doctrine. In the alternative, if *Rooker/Feldman* abstention is inappropriate, the action is dismissed with prejudice based on absolute judicial immunity.

DATED: October 10, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE